JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA RAMIREZ-RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ELISEO RICOLCOL, Warden,<br><br>    Respondent. | Case No. 5:24-cv-2289-DSF-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: April 18, 2025

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE